JOSEPH D. ROBINSON, Respondent, v CSX TRANSPORTATION, Appellant.

Submitted August 13, 2007; decided November 27, 2007

Reported below, 40 AD3d 1384.

Motion by the Association of American Railroads for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge READ taking no part.

In the Matter of ANGELA M. RODRIGUEZ, Appellant, v ROBERT DOAR, as Commissioner of Onondaga County Department of Social Services, et al., Respondents.

Submitted October 1, 2007; decided November 27, 2007

Reported below, 42 AD3d 944.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.